Re: Ex parte Beti Owens HOLCOMBE v. David Foster KENNISON, et al.
(379 S. E. (2d) 899)

Supreme Court

May 17, 1989.

The Court has issued the following Order on Petition for Writ of Certiorari in the above entitled matter:
Petition for Writ of Certiorari denied.

Re: S. C. PUBLIC SERVICE AUTHORITY v. Ernest SNELL, et al.
(379 S. E. (2d) 899)

Supreme Court

May 17, 1989.

The Court has issued the following Order on Petition for Writ of Certiorari in the above entitled matter:
Petition for Writ of Certiorari denied.